**Dossie FAISON, Jr., Plaintiff–Appellant,**

v.

**Lieutenant SHELTON; L. Mullins; L. Flemings, Captain; Warden True; R.A. Young, Regional Director; John Does, Defendants–Appellees.**

**No. 01–7178.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Dossie Faison, Jr., pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

In this civil action under 42 U.S.C.A. § 1983 (West Supp. 2001), Dossie Faison, Jr., appeals the district court's order dismissing several of Faison's claims under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2001). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*